IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| **DATABANK HOLDINGS LTD.,** § | |
| § | |
| **Plaintiff,** § | |
| § | |
| v. § | CIVIL ACTION NO. 4:23-cv-472 |
| § | |
| § | |
| **COMPUTER SOFTWARE ASSOCIATES** § | |
| **OF NY, LLC AND FUTURE CARE** § | |
| **CONSULTANTS LLC,** § | |
| § | |
| **Defendants.** § | |

**PLAINTIFF'S ORIGINAL COMPLAINT**

Plaintiff DataBank Holdings Ltd. ("DataBank") files its Original Complaint against Defendants Computer Software Associates of NY, LLC ("Computer Associates") and Future Care Consultants LLC ("FCC" together with Computer Associates, "Defendants") and alleges as follows:

**I.
OVERVIEW**

DataBank brings suit against Defendants for their failure to pay for data storage and backup services that DataBank provided to Defendants under that certain Master Services Agreement, dated July 16, 2020 (the "MSA"). Defendants have failed to pay DataBank all monies due and owing under the MSA.

**II.
PARTIES**

1.    DataBank Holdings Ltd. is a Texas limited partnership with its principal place of business at 400 South Akard St. Suite 100, Dallas, Texas 75202. DataBank Holdings Ltd.'s general partner is DB Datacenter GP LLC, which is a Delaware limited liability company with its principal

place of business in Dallas, Texas. DB DataCenter GP LLC's sole member is DB DataCenter LP Inc. DataBank Holdings Ltd.'s limited partners are DB DataCenter LP Inc. and DB DataCenter Intermediate Holdings Inc., Delaware corporations with their principal places of business in Dallas, Texas.

2. Computer Software Associates of NY, LLC is a New York limited liability company with its principal place of business at 600 Sylvan Avenue, Suite 208, Englewood Cliffs, New Jersey 07632, and may be served with process through its registered agent, Business Filings Incorporated, 187 Wolf Road, Suite 101, Albany, NY, United States, 12205 or through its managing member, Sam Stern, at 600 Sylvan Avenue, Suite 208, Englewood Cliffs, New Jersey 07632, or wherever he may be found. Upon information and belief, no member of Computer Software Associates of NY, LLC is a citizen of Texas or Delaware.

3. Upon information and belief, Future Care Consultants LLC is a New Jersey limited liability company with its principal place of business at 14C 53rd Street, Suite 220, Brooklyn, NY, 11232 and may be served with process through its managing member, Sam Stern, at 600 Sylvan Avenue, Suite 208, Englewood Cliffs, New Jersey 07632, or wherever he may be found. Upon information and belief, no member of Future Care Consultants LLC is a citizen of Texas or Delaware.

### III.
### JURISDICTION AND VENUE

4. This is a civil action arising under a master services agreement between DataBank and Computer Associates. This Court has personal jurisdiction over Defendants because Defendants transacted business and have the requisite minimum contacts in this state, including, without limitation, transacting business under the MSA for services performed in Texas.

5. This Court has subject matter jurisdiction under 28 U.S.C. § 1332 because the amount in controversy exceeds $75,000, exclusive of interest and costs, and the parties are citizens of different States.

6. Venue in this Court is proper pursuant to 28 U.S.C. § 1391(b) because services under the MSA were provided at DataBank's service center in Plano, Collin County, Texas.

## IV.
## BACKGROUND

7. DataBank is a leading information management and security company, offering customized technology solutions designed to help organizations manage risk and improve their business performance.

8. On July 16, 2020, Computer Associates and DataBank entered the MSA through which DataBank provided Computer Associates with data storage and backup services. Under Section 3.2 of the MSA, payment for each DataBank invoice is due within thirty (30) days of receipt. Further, under Section 3.4, Computer Associates waives its right to dispute an invoice and all charges therein if Computer Associates does not report a dispute to DataBank within sixty (60) days.

9. Section 10.3 of the MSA provides DataBank may terminate its services if Computer Associates fails to make the required payments and such failure remains uncured after ten (10) days' notice. In the event of such termination, Computer Associates shall immediately pay DataBank (a) all charges for services previously rendered, and (b) the monthly amount due for the terminated services times the number of months remaining on the applicable term.

10. Beginning October 1, 2022, and over the course of the next five (5) months, DataBank sent Computer Associates six (6) monthly invoices detailing services performed by DataBank on Computer Associates' behalf and the amounts owed to DataBank for those services. Computer Associates did not dispute any of DataBank's invoices.

11. Unfortunately, notwithstanding the fact Computer Associates accepted DataBank's services and did not dispute any of DataBank's invoices, Computer Associates has failed to pay for all services rendered. Computer Associates has an outstanding total for past-due invoices in the amount of $190,743.57. Computer Associates' failure to pay timely resulted in payment defaults under the MSA.

12. On January 17, 2023, after Computer Associates defaulted under the MSA, DataBank issued a termination notice pursuant to Section 10.3 of the MSA. Computer Associates has failed to cure its payment defaults or otherwise respond to the termination notice. Under Sections 10.2 and 10.3 of the MSA, Computer Associates is responsible for the amount due for the services through the end of the term, which totals $621,555.09.

13. On May 3, 2023, DataBank sent Computer Associates demand for payment of $812,298.66, with a copy to FCC, which includes the amount due for unpaid invoices plus the amount due for services through the end of the term as a result of the termination.

14. Computer Associates and FCC failed to respond to DataBank's May 3 demand letter.

15. Upon information and belief, FCC acquired Computer Associates and/or was assigned its rights and obligations under the MSA. Among other things, FCC made payments toward Computer Associates' account (which DataBank has credited), and an FCC representative informed DataBank that FCC acquired Computer Associates and/or was assigned its rights and obligations under the MSA. Accordingly, DataBank brings this action against Computer Associates and FCC and incorporates its allegations herein the same against FCC as against Computer Associates.

16. All conditions precedent have occurred, been performed, or been waived.

## V.
## CAUSES OF ACTION

**A.    Breach of Contract**

17.    DataBank incorporates the foregoing facts, the same as if fully set forth herein.

18.    The MSA is a valid and enforceable agreement.

19.    Defendants breached the MSA by failing to make all payments for services performed by DataBank in accordance with the MSA.

20.    These breaches have caused harm to DataBank, for which Defendants are liable.

21.    As a result of the breaches, DataBank seeks to recover its actual damages, including the termination fee provided for by the MSA, plus pre- and post-judgment interest.

**B.    Attorneys' Fees**

22.    DataBank seeks to recover its reasonable and necessary attorneys' fees from Defendants under the Texas Civil Practice and Remedies Code § 38.001.  Furthermore, DataBank seeks to recover its costs for this legal proceeding, including, without limitation, court costs, costs of expert witnesses, and reasonable attorneys' fees, as permitted by the MSA under Section 10.3.

## **PRAYER FOR RELIEF**

THEREFORE, DataBank prays that Defendants be cited to appear and answer, the Court set this matter for trial and, upon trial enter final judgment that DataBank have and recover against Defendants, jointly and severally, all actual damages, pre- and post-judgment interest, attorneys' fees, costs of court, and all such other and further relief to which it may be entitled.

Dated: May 23, 2023.                    Respectfully submitted,

                                                    */s/ Jacob T. Fain*
                                                    Bryan J. Wick
                                                    State Bar No. 24003169
                                                    bryan.wick@wickphillips.com
                                                    Jacob T. Fain
                                                    State Bar No. 24053747
                                                    jacob.fain@wickphillips.com
                                                    Stafford P. Brantley
                                                    State Bar No. 24104774
                                                    stafford.brantley@wickphillips.com

                                                    **WICK PHILLIPS GOULD & MARTIN LLP**
                                                    3131 McKinney Avenue, Suite 500
                                                    Dallas, Texas 75204
                                                    Telephone:     (214) 692-6200
                                                    Fax:                (214) 692-6255

                                                    **ATTORNEYS FOR PLAINTIFF DATABANK HOLDINGS LTD**